**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter 11, Subchapter V

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**            PINNACLE MANAGEMENT GROUP LLC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**        20-1899162

4. **Debtor's address**

   **Principal place of business**

   133 Main Street
   Number    Street

   Mountaindale       NY    12763
   City              State   ZIP Code

   Sullivan
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   PO Box 121
   P.O. Box

   Mountaindale       NY    12763
   City              State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   13 Scott Avenue
   Number    Street

   White Lake        NY    12786
   City             State   ZIP Code

5. **Debtor's website (URL)**

Debtor _____   Case number (if known)_____
         Name

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. **Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>___ ___ ___ ___ |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply:*<br><br>   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>   ☐ A plan is being filed with this petition.<br><br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |

Debtor _____    Case number *(if known)* _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District_____ When_____ Case number _____
                                   MM / DD / YYYY

   If more than 2 cases, attach a separate list.

           District_____ When_____ Case number _____
                                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor_____ Relationship_____
            District_____ When _____
                                                    MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number     Street

                                _____
                                City                    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐         Yes. Insurance agency _____
              Contact name _____
              Phone _____

■ Statistical and administrative information

Debtor _____    Case number (if known)_____
        Name

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☒ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☒ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  11/29/2021
                 MM / DD / YYYY

    ☐ /s/David Raven                              David Raven
    Signature of authorized representative of debtor    Printed name

    Title  President

Debtor _____    Case number (if known)_____
         Name

**18. Signature of attorney**

☐ /s/ Devon Salts                              Date    11/29/2021
Signature of attorney for debtor                       MM   / DD / YYYY

Devon Salts, Esq.
Salts Law Office
2537 Route 52, Bldg. 3
Hopewell Junction, NY 12533
(914) 482-3137
saltslaw@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                              Case No.: _ _ _

PINNACLE MANAGEMENT
GROUP LLC.

                                                                                        In proceedings for
                                                                                        Reorganization Under
            Debtor and Debtor-in-Possession.:                   Chapter 11, Subchapter V


-----------------------------------------------------------X

### CERTIFICATE OF THE PRESIDENT

The undersigned certifies that he is the sole member and President of Pinnacle Development Group LLC. and as such:

> That David Raven as the President, be and hereby is, authorized and directed to file on behalf of the Corporation, a Petition under Chapter 11 of the Bankruptcy Code, and to take all steps necessary and proper for the filing of said Petition, including the retention of the Salts Law Office, 2537 Route 52, Bldg. 3, Hopewell Junction, New York 12533, as attorneys for that purpose; and,

> That David Raven as the President of the Corporation, be, and hereby is, authorized to cause the Corporation to retain such other professionals as he, in his sole discretion, may deem necessary or appropriate in connection with the filing of said Petition under Subchapter V of the Bankruptcy Code; and,

> That David Raven as the President, of the Corporation is further authorized to execute all such documents and perform all such other acts as they, with the advice of counsel, may deem necessary or desirable in order to carry out the full intent and purposes of the foregoing resolutions adopted at this meeting."

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Mountaindale, New York
            November 29, 2021                                     Pinnacle Development Group LLC.

                                                                              By: /s/ David Raven, President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                                                          Case No.:

PINNACLE MANAGEMENT GROUP LLC.

                                                                                                                                         In proceedings for
                                                                                                                                         Reorganization Under
           Debtor and Debtor-in-Possession.:                 Chapter 11, Subchapter V

-------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, to enable Judges to evaluate possible disqualifications, Pinnacle Management Group LLC., as the debtor and debtor-in-possession, certifies that the following are the corporations other the debtor or a governmental unit that directly or indirectly own 10% or more of any class of the corporation's equity interests: None.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Mountaindale, New York
             November 29, 2021                 Pinnacle Development Group LLC.

                                                                 By: */s/ David Raven,* President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x    Case No.
In Re:

PINNACLE MANAGEMENT GROUP LLC.    In proceedings for
Reorganization Under Chapter 11,
Subchapter V

Debtor and Debtor-in-Possession.

------------------------------------------------------x

## AFFIDAVIT UNDER LOCAL RULE 1007

Pinnacle Management Group LLC., the above captioned Debtor and Debtor-in-Possession, respectfully sets forth and alleges:

1. There is no, nor has there been any, other or prior bankruptcy proceeding pending in this or any other jurisdiction.

2. There is no property of the Debtor-in-Possession in custody of any public officer, trustee, assignee for the benefit of creditors, mortgages, pledge or assignee.

3. The Debtor's sole asset as of November 29, 2021 is real property located at 13 Scott Avenue, White Lake, New York 12786 with an unknown value and a judgment of foreclosure in the amount of $114,291.05 plus interest and costs.

4. The Debtor maintains a business address at 133 Main Street, Mountaindale, New York 12763.

6. Wells Fargo Bank, N.A. has a foreclosure judgment against Pinnacle Development Group LLC. in the amount of $114,291.05 plus interest and costs: Supreme Court County of Sullivan, Wells Fargo Bank, N.A. against Pinnacle Development Group LLC., Index No. 136-19.

7. The Debtor has one secured claim is

    a. Name: Wells Fargo Bank, N.A.
    b. Address: 420 Montgomery Street, San Francisco, CA 94104.
    c. Amount of claim: $114,291.05 and;
    d. Value of collateral: unknown.

8.  The Debtor has no unsecured creditors.

9.  The Debtor's books and records are located at: 133 Main Street, Mountaindale, New York 12763.

10. The Debtor's real property and only asset is located at: 13 Scott Avenue, White Lake, New York 12786.

11. The Debtor's business is to rent the property in collaboration with Airbnd.

12. The Debtor is not a public corporation.

13. It is estimated that the gross rental income of the Debtor for the period of thirty (30) days following the date of the commencement of this case will aggregate approximately: $3500.00.

14. It is estimated that the expenses, including, utilities, oil, cleaning, advertising and maintenance for the period of thirty (30) days following the date of the commencement of this case for the Debtor aggregate approximately $2500.00.

15. It is estimated that for the period of thirty (30) days following the date of the commencement of this case the Debtor will operate at a small profit.

16. A schedule of anticipated cash receipts and disbursements is made part of this Affidavit.

17. The Debtor's financial difficulties have been due to a decrease in rental income, problem tenants and then in early 2020 by the Covid-19 health emergency.

18. The Debtor believes that it is in the best interests of the Debtor and all of its creditors that it be allowed to continue in the operation of its business and the management of its property while negotiations are pending for a plan of reorganization.

Dated: Monticello, New York
November 29, 2021                                Pinnacle Development Group LLC.

                                                By: */s/ David Raven,* President

Sworn to Before Me:
Devon Salts
*/s/ Devon Salts*
No. 025A6280067
Commission Expires: May 6, 2025

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x      Case No.
In Re:

PINNACLE MANAGEMENT GROUP LLC.                              In proceedings for
                                                            Reorganization Under Chapter 11,
                                                            Subchapter V

      Debtor and Debtor-in-Possession.

-------------------------------------------------------x

## STATEMENT OF EQUITY SECURITY HOLDERS

Debtor states that it is the only shareholder of the limited liability company.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Mountainville, New York
        November 29, 2021                             Pinnacle Development Group LLC.

                                                                                  By: */s/ David Raven,* President